# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED EXCEL INVESTMENT, LLC,**
**UNITED EXCEL INVESTMENT, LTD.**
**and RENAUD CAMBE,**

      **Plaintiffs,**

v.                                                          **Case No:   6:15-cv-1765-Orl-22DAB**

**JULIE CAMBE, REBECCA DURRER**
**and THIBAULT CAMBE,**

      **Defendants.**

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 5) filed on October 23, 2015.

The United States Magistrate Judge has submitted a report recommending that the Complaint be dismissed without prejudice for lack of jurisdiction.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 23, 2015 (Doc. No. 5), is ADOPTED and CONFIRMED and made a part of this Order.

2. This case is DISMISSED without prejudice for lack of subject matter jurisdiction.

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on November 9, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties